UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   Civil Case No.:
MUHAMMAD FAROOQI,

                 Plaintiff,

                 **VERIFIED COMPLAINT**

   -against-

                 Trial by Jury Demanded

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, U.S. DEPARTMENT OF
HOMELAND SECURITY AND DOROTHY KHAN,

                 Defendants.
-----------------------------------------------------------X

    Plaintiff, by his attorneys, THE LICATESI LAW GROUP, LLP., complaining of the Defendants, alleges as follows:

## JURISDICTION AND VENUE

    1. Plaintiff, MUHAMMAD FAROOQI is a resident of the County of Suffolk in the State of New York and resides within the Eastern District of New York. Venue is, therefore, proper in this Court.

    2. This action, as against the U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT AND U.S. DEPARTMENT OF HOMELAND SECURITY, arises under the Federal Tort Claims Act, 28 U.S.C. §1346(b), for money damages as compensation for personal injuries and medical expenses, that were caused by the negligent and wrongful acts and omissions of employees of the United States Government while acting within the scope of their offices and employment, under the circumstances where the United States, if a private person, would be liable to the plaintiff in accordance with the laws of the State of New York.

    3. Plaintiff, MUHAMMAD FAROOQI, has fully complied with the provisions of 28 U.S.C. §2675 of the Federal Tort Claims Act.

4. That this suit has been timely filed, in that the plaintiff timely served notice of his SF95 claim on the ICE – Homeland Security Investigation on or about April 16, 2024. The U.S. Immigration and Customs Enforcement and U.S. Department of Homeland Security assumed responsibility for processing the claim on behalf of the agency, and more than six (6) months have elapsed since said administrative claim has been filed with no resolution of said claim, thereby permitting this suit to be instituted.

6. Venue is founded in this judicial district based on 28 U.S.C. §§1391 (e)(2) and 1402(b), as the acts complained of occurred in this district.

## PLAINTIFF

7. The Plaintiff, MUHAMMAD FAROOQI, is a resident of the County of Suffolk, State of New York.

## CAUSE OF ACTION ON BEHALF OF PLAINTIFF

8. That at all times hereinafter mentioned, U.S. DEPARTMENT OF HOMELAND SECURITY, was and still is a federal agency of defendant, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT.

9. That at all times hereinafter mentioned, upon information and belief, on the 22nd day of February 2024, the Defendants, U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, were the owners of a certain motor vehicle bearing New York State license plate number HZT5055.

10. That at all times hereinafter mentioned, upon information and belief, on the 22nd day of February 2024, Defendant, DOROTHY KHAN, was the operator of a motor vehicle bearing license plate number HZT5055.

11. That at all times hereinafter mentioned, upon information and belief, on the 22nd day of February 2024, Defendant, DOROTHY KHAN, was the operator of a motor vehicle bearing license plate number HZT5055 while in the course of her employment with Defendants, U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT.

12. That at all times hereinafter mentioned, upon information and belief, on the 22nd day of February 2024, Defendant, DOROTHY KHAN, was the operator of a motor vehicle bearing license plate number HZT5055 with the permission and consent of its owner, Defendants, U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT.

13. That at all times hereinafter mentioned, upon information and belief, on the 22nd day of February 2024, Plaintiff, MUHAMMAD FAROOQI, was the operator of a motor vehicle bearing the New York license plate number LBT3169.

14. That on or about the 22nd day of February 2024, at or near the Southern State Parkway, at or near Exit 28S, County of Nassau, State of New York, was and still is a public roadway, highway and/or thoroughfare for use by the residents of the State of New York and others.

15. That on or about the 22nd day of February 2024, at the aforementioned location, the motor vehicle bearing license plate number HZT5055 came into violent contact with the motor vehicle bearing the New York license plate number LBT3169.

16. That said collision and the resulting injuries were caused by the negligence, carelessness and recklessness of the Defendants herein and without any negligence on the part of the Plaintiff contributing thereto.

17. That by reason thereof, Plaintiff, MUHAMMAD FAROOQI, sustained painful, permanent and disabling personal injuries, and the continuing need for medical care and treatment, all of which disables Plaintiff from performing his usual and normal occupation and daily activities.

18. That as a result of the foregoing, Plaintiff, MUHAMMAD FAROOQI, suffered a serious injury as defined by the Subdivision (d) of Section 5102 of the Insurance Law of the State of New York.

19. That by reason of the foregoing, Plaintiff, MUHAMMAD FAROOQI, is entitled to recover for "noneconomic loss," as defined in the Subdivision (c) of Section 5102 of the Insurance Law of the State of New York, and for such economic losses as are not included within definition of "Basic Economic Loss," as set forth in Section 5102 Subdivision (a), (b), and (c), of the Insurance Law of the State of New York.

20. That as a result of the aforementioned conditions, and through no fault or negligence of his own, Plaintiff, MUHAMMAD FAROOQI, was caused to sustain severe and serious personal injuries, pain and suffering, and diverse medical expenses, and will continue to suffer harm and expense in the future.

WHEREFORE, Plaintiff demands judgment against the Defendants in the amount of $1,000,000.00, interest on such damages according to law, costs and disbursements of this action, together with such other and further relief the Court deems just and proper.

Dated:	Uniondale, New York
	February 6, 2025

                                                   Yours, etc.,

                                                   THE LICATESI LAW GROUP, LLP

                                                 By:_____
                                                 Wesley C. Glass, Esq.
                                                 Attorneys for Plaintiff
                                                 423 RXR Plaza, East Tower
                                                 Uniondale, New York 11556
                                                 (516) 227-2662

## ATTORNEY'S VERIFICATION

WESLEY C. GLASS, being duly sworn, deposes and says:

I am an attorney admitted to practice in the courts of the State of New York. I am associated with the firm of The Licatesi Law Group, LLP attorneys for the within Plaintiff.

I have read the annexed Verified Complaint and know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters, I believe them to be true. My belief as to those matters herein not stated upon knowledge is based upon statements of fact, office records and my general investigation into the facts of this case.

The reason I make this verification instead of Plaintiff is because Plaintiff does not reside in the county where I maintain my offices.

Dated:     Uniondale, New York
            February 6, 2025

                                                            WESLEY C. GLASS

Index No.:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
================================================================

MUHAMMAD FAROOQI,

                                Plaintiff,

      - v –

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, U.S. DEPARTMENT OF
HOMELAND SECURITY AND DOROTHY KHAN,

                                Defendants.
================================================================

## VERIFIED COMPLAINT
================================================================

**THE LICATESI LAW GROUP, LLP**
Attorneys for Plaintiff
423 RXR Plaza, East Tower
Uniondale, New York 11556
(516) 227-2662
Fax (516) 227-3374
================================================================

*Pursuant to 22 NYCRR 130.1.-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.*

*Dated:* ..........................         *Signature:* ....................................................

                                        *Print Signer's Name:* .........................................
================================================================

*Service of a copy of the within:*                                         *is hereby admitted.*

*Dated:*

                                  ...................................................................
                                  *Attorney(s) for Plaintiff*
================================================================

*PLEASE TAKE NOTICE*

☐   *Notice of Entry*
     *that the within is a (certified) true copy of a* _____
     *entered in the office of the clerk of the within-named Court on*             20

☐   *Notice of Settlement*
     *that an Order of which the within is a true copy will be presented for settlement to the*
     *HON.* _____, *one of the judges of the within-named Court,*
     *at*
     *on the* _____, 20_____, *at*   M.

*Dated:*
                                                                            **THE LICATESI LAW GROUP, LLP**
                                                                              Attorneys for Plaintiff
                                                                              423 RXR Plaza, East Tower
                                                                              Uniondale, New York 11556
                                                                                    (516) 227-2662